In the Matter of the Accounting of CHARLES HARLESS, as Executor of AMELIA HARLESS, Deceased, Appellant. ARTHUR SCHMITT, Respondent.— Decree of the Queens County Surrogate's Court judicially settling appellant's account as executor, order granting respondent's application for an examination of appellant pursuant to section 263 of the Surrogate's Court Act, and order granting respondent's application for the examination of appellant as an adverse party and for discovery and inspection, unanimously affirmed, with costs to respond-

ent payable by appellant personally. No opinion. Present — Close, P. J., Johnston, Adel, Lewis and Aldrich, JJ.